COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Case number:      01-13-00682-CR

Style:            *In re Larimore Cornelius, Relator*

Type of motion:   Motion for rehearing filed October 23, 2013

Party filing motion:   Relator

It is **ordered** that the motion for rehearing is **denied**.

Judge's signature:    /s/ Jane Bland
                      Acting for the Court

Panel consists of Justices Keyes, Higley, and Bland.

Date:  November 21, 2013